UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN COOMES,

        Plaintiff

    v.                                   C-1-10-905

ALLSTATE INSURANCE COMPANY,
*et al.*,

        Defendants

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 20) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by the parties, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 20) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.  Plaintiff's Motion to Remand (doc. no. 10) is DENIED; defendants' Motion to Dismiss (doc. no. 8) is GRANTED; the alternative Motion to Stay is DENIED and this case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                                s/Herman J. Weber
                                        Herman J. Weber, Senior Judge
                                        United States District Court